UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON PATTEN,<br><br>  Plaintiff,<br><br>  v.<br><br>LELAND W. HANCOCK, et al.,<br><br>  Defendants. | Case No. 15-cv-04022-JSW<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE, SETTING DEADLINE FOR REPLY AND SETTING HEARING DATE**<br><br>Re: Docket No. 23 |

The Court has received and considered the parties' responses to the Order to Show Cause, dated November 24, 2015. The Court shall discharge the Order to Show Cause without imposing sanctions on either party. However, the parties are admonished as follows:

1. The Court finds Plaintiff's response less than satisfactory, because the proper remedy would have been to ask the Court for an extension if he could not obtain counsel's consent. Plaintiff, and his counsel, is admonished that if, in the future, he requires an extension of a deadline, he must either obtain a stipulation of counsel, which documents in detail, reasons showing good cause for the extension or file an administrative motion for an extension of time, no later than seven (7) days before the deadline at issue. Failure to comply with this directive shall result in further orders to show cause as to why monetary or other sanctions should not be imposed. Because the Court has not imposed sanctions in this instance, Plaintiff and his counsel are admonished that, in the future, the Court will not excuse failures to comply with deadlines or Court rules.

2. Defendants, and their counsel, are admonished that if they discover that a brief requires correction, after it has been filed, they must identify the fact that it is a corrected filing, must state whether they have notified Plaintiff of the correction, and must submit a redline version

1   with any filing, so that the Court may determine what has been corrected.  Failure to comply with
2   this directive shall result in further orders to show cause as to why monetary or other sanctions
3   should not be imposed.  Because the Court has not imposed sanctions in this instance, Defendants
4   and their counsel are admonished that, in the future, the Court will not excuse failures to comply
5   with Court rules.
6       3. The Court shall treat the motion at Docket No. 23 as the operative motion.
7   Defendants shall file their reply by no later than December 18, 2015.  The parties shall appear for
8   a hearing on Friday, January 22, 2016 at 9:00 a.m.  If the Court finds the motion is suitable for
9   disposition without oral argument, it shall notify the parties in advance of the hearing date.
10  **IT IS SO ORDERED.**
11  Dated: December 7, 2015

JEFFREY S. WHITE
United States District Judge