1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   LEON PATTEN,                                  No.  2:16-cv-391-EFB

12              Plaintiff,

13        v.                                       ORDER RE SETTLEMENT & DISPOSITION

14   LELAND W. HANCOCK, BEVERLY J.
     HANCOCK, CHRISTOPHER ALLEN
15   FRAZIER,

16              Defendants.

17

18

19        On August 24, 2016, the parties filed an executed Notice of Acceptance of Offer of

20   Judgment.  With the exception of a potential motion for attorney's fees, this matter has settled.

21        The court now orders that dispositional documents are to be filed not later than thirty (30)

22   days from the date of this order.

23        All hearing dates heretofore set in this matter, including the September 14, 2016 Status

24   Conference, are VACATED.

25   /////

26   /////

27   /////

28

                                              1

1      FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE

2 IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO

3 CONTRIBUTED TO THE VIOLATION OF THIS ORDER.

4      IT IS SO ORDERED.

5 DATED:  August 25, 2016.

              EDMUND F. BRENNAN
              UNITED STATES MAGISTRATE JUDGE